568 A.2d 521

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

**Barry Joseph HENDERSON.**

**Misc. (Subtitle BV) No. 23, Sept. Term, 1989.**

Court of Appeals of Maryland.

Jan. 19, 1990.

## ORDER

This matter came before the Court on the joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Barry Joseph Henderson, to place Respondent on Indefinite Suspension.

The Court, having considered the Petition, it is this 19th day of January, 1990

ORDERED that Respondent, Barry Joseph Henderson, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland effective January 19, 1990.